IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MITCHELL HOFER,<br><br>       Plaintiff,<br><br>  vs.<br><br>BENNINGTON PUBLIC SCHOOL DISTRICT,<br><br>       Defendant. | **8:24CV398**<br><br>**ORDER OF RECUSAL** |

The parties notified the court of a pending discovery dispute. This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The Clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge. The parties shall contact the newly assigned Magistrate Judge for assistance with the discovery dispute.

Dated this 9th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge