## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MITCHELL HOFER,** | |
| **Plaintiff,** | **8:24CV398** |
| **vs.** | |
| **BENNINGTON PUBLIC SCHOOL DISTRICT,** | **ORDER** |
| **Defendant.** | |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise</u>, the parties shall use the following instructions and codes assigned to this case:

### WEBEX CASE CONFERENCE INSTRUCTIONS

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2312 030 4188, then hit the # key

Dated this 11th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge