IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MITCHELL HOFER,

Plaintiff,

vs.

BENNINGTON PUBLIC SCHOOL DISTRICT,

Defendant.

**8:24CV398**

**ORDER ON JOINT STIPULATION**

This case is before the Court on the parties' Joint Stipulation signed by counsel for all parties. Filing 72. The parties stipulate that Plaintiff's claim are limited to relief under Title IX, which forecloses any award of compensatory damages for emotional harm. Filing 72 at 1. Therefore, the parties stipulate that Plaintiff withdraws his claims for emotional harm, damages, and compensation for therapeutic treatment relating to emotional harm and will not show to or discuss with the jury any allegations related to emotional harm. Filing 72 at 1. The parties stipulate further that Defendant agrees that it will not pursue discovery regarding emotional harm suffered by Plaintiff. Filing 72 at 2. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation, Filing 72, is accepted as to all terms set out more fully in that Joint Stipulation.

Dated this 18th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1