**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MITCHELL HOFER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BENNINGTON PUBLIC SCHOOL DISTRICT,**<br><br>**Defendant.** | **8:24CV398**<br><br>**ORDER NUNC PRO TUNC** |

The Court held a telephone conference with counsel for the parties on August 3, 2026, regarding ongoing written discovery disputes. The parties submitted position statements and other documents to the Court in advance of the hearing, which are attached to this Order. The Court's rulings on the parties' disputes were stated on the record during the call, which is uploaded as a separate audio file. See Filing No. 105. In accordance with the Court's rulings during the conference,

1. Defendant complied with the Court's prior directives regarding its obligations and searches for communications related to the *Lowther* litigation.
2. If Plaintiff maintains that Defendant should conduct a second search utilizing the agreed upon search terms for the identified administrative staff custodians, Defendant shall provide a cost estimate to Plaintiff for performing that search, which Plaintiff shall bear if he requests that the search be performed.
3. For purposes of filing Objections to Magistrate Judge's Orders under NECivR 72.2(a), any party must do so within 14-days of this Order.

**IT IS SO ORDERED**.

Dated this 4th day of August, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge