**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MITCHELL HOFER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BENNINGTON PUBLIC SCHOOL DISTRICT,**<br><br>**Defendant.** | **8:24CV398**<br><br>**SECOND AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the Motion to Stay Deadlines and to Amend Progression Order (Filing No. 108). After review of the motion and conferring with the parties, the Court finds good cause to grant the requested extensions, in part. Accordingly,

**IT IS ORDERED** that the Motion to Stay Deadlines and to Amend Progression Order (Filing No. 108) is granted, in part, and the amended case progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 9, 2026**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 69).

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **December 11, 2026**. The maximum number of depositions that may be taken by plaintiff is **ten (10)**.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **January 25, 2027**.

4) The deadline for filing motions to dismiss and motions for summary judgment is extended to **January 25, 2027**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 2nd day of September, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge